STAYED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00824-SS

Mitchell v. Davol Inc.
Assigned to: Honorable Sam Sparks
Case in other court: 250th Judicial District Court, Travis County, D-1-GN-07-002673
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 10/01/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Sonya Mitchell**

represented by **Daniel W. Andrews**
Byrd, Davis & Eisenberg
707 W. 34th Street
Austin, TX 78705
(512) 454-3751
Fax: 512/451-5857
Email: dandrews@byrddavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**
*a subsidiary of C. R. Bard, Inc.*

represented by **D. Mitchell McFarland**
Harrison, Bettis, Staff, McFarland & Weems, LLP
One Allen Center
500 Dallas Street
Suite 2600
Houston, TX 77002
(713) 843-7900
Fax: (713) 843-7901
Email: mitchell.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2007 | 1 | NOTICE OF REMOVAL (Filing fee $350 receipt number 419298), filed by Davol Inc.. (Attachments: #(1) Exhibits A-C; #(2) Civil Cover Sheet, supplement to the civil cover sheet, and copy of receipt)(tdk, ) (Entered: 10/02/2007) |
| | | |

| | | |
|---|---|---|
| 10/01/2007 | 2 | Certificate of NOTICE of Filing by Davol Inc. (tdk, ) (Entered: 10/02/2007) |
| 10/02/2007 | 3 | ORDER to supplement record with state court filings. Signed by Judge Sam Sparks. (tdk, ) (Entered: 10/02/2007) |
| 10/09/2007 | 4 | Unopposed MOTION to Stay *Of Proceedings Pending Tranfer to Federal MDL* by Davol Inc.. (Attachments: # 1 Exhibit 1# 2 Proposed Order Unopposed motion for stay of proceedings)(McFarland, D.) (Entered: 10/09/2007) |
| 10/09/2007 | 5 | NOTICE of Filing State Court Record *Pursuant to Court Order Dated October 2, 2007 Following Notice of Removal* by Davol Inc. (McFarland, D.) (Entered: 10/09/2007) |
| 10/11/2007 | 6 | ORDER granting 4 Motion to Stay Signed by Judge Sam Sparks. (jg3, ) (Entered: 10/12/2007) |
| 11/13/2007 | 7 | NOTICE of Filing MDL Conditional Transfer Order (jg3, ) (Entered: 11/14/2007) |
| 11/14/2007 | 8 | CERTIFIED MDL TRANSFER ORDER (jg3, ) (Entered: 11/14/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/15/2007 14:09:38 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00824-SS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |